DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**QUAIL HOLLOW CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON, AS SUCCESSOR INDENTURE TRUSTEE UNDER NOVASTAR MORTGAGE FUNDING TRUST 2006-1,**
Appellee.

No. 4D14-1122

[March 25, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan R. Lubitz, Senior Judge; L.T. Case No. 502008CA037170XXXXMB.

Larry T. Cortez and V. Claire Wyant-Cortez of Hilley & Wyant-Cortez, P.A., North Palm Beach, for appellant.

Khari E. Taustin, Jeremy W. Harris, Masimba M. Mutamba and Angela Barbosa Wilborn of Morris, Laing, Evans, Brock & Kennedy, Chartered, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

WARNER, GROSS and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***